ANDREW M. WISTEDT, APPELLANT, V. ANDREW BECK-
MAN ET AL., APPELLEES.

FILED JUNE 30, 1893. No. 5131.

1. **Appeal**: TIME OF FILING TRANSCRIPT: JURISDICTION. To give
the supreme court jurisdiction to review a case on appeal the
transcript of the proceedings must be filed in this court within
six months after the rendition of the decree sought to be ap-
pealed from.

2. **Review**: PETITION IN ERROR. A judgment cannot be reviewed
on error by the supreme court unless a petition in error is filed
in this court therefor.

APPEAL from the district court of Burt county. Heard
below before IRVINE, J.

*H. H. Bowes,* for appellant.

*Sears & Thomas, contra.*

RAGAN, C.

This is an appeal from the district court of Burt county.
The appellant sued the appellees for an accounting, claim-
ing due him from them $800. The appellees answered,
admitting $6 due appellant. The court found due the ap-
pellant $78.13. This decree was rendered March 31, 1891.
The transcript and the evidence for appeal were filed with
the clerk of this court December 16, 1891, or more than
six months after the rendition of the decree.

No petition in error has ever been filed in this court.
We are precluded then from examining the evidence in
the bill of exceptions, and trying this case either on ap-
peal or error. The pleadings support the judgment. The
findings and decree of the district court are

AFFIRMED.

RYAN, C., concurs.

First Natl. Bank of Wymore v. Miller.

IRVINE, C., having presided in the court below, took no part in the decision here.